**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| STEVEN M. MILLWARD, individually and as the Wrongful Death Representative for the Estate of Kenneth Scott Millward, deceased; and RILEY J. MILLWARD, individually and as the duly appointed Administrator of the Probate Estate of Kenneth Scott Millward, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TETON, WYOMING, a Wyoming governmental entity and local government; et al.,<br><br>    Defendants. | Civil Action No: 17-CV-117-SWS |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT FINAL PRETRIAL ORDER**

UPON the Unopposed Motion for Extension of Time to Submit the Joint Final Pretrial Order, the Court being fully advised in the premise and for good cause shown, hereby:

GRANTS the Motion and extends the deadline for the parties to submit the Final Pretrial Order up to and including, **October 24, 2018**.

SO ORDERED this _____ day of _____, 2018.

BY THE COURT

_____
Judge Skavdahl